

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00061-CR
_____

RICHARD BLAYNE ANDERSON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 71st District Court
Harrison County, Texas
Trial Court No. 19-0230X

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Justice Stevens

## MEMORANDUM OPINION

Appellant Richard Blayne Anderson has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Scott E. Stevens
Justice

Date Submitted:      August 15, 2022
Date Decided:        August 16, 2022

Do Not Publish